```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 16163
    GINA L JOLLEY
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9458


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 09/05/2007 and was not confirmed.

    The case was dismissed without confirmation 12/12/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
BANK OF AMERICA MORTGAGE  CURRENT MORTG         .00           .00           .00
BANK OF AMERICA MORTGAGE  CURRENT MORTG         .00           .00           .00
WFNNB                     SECURED NOT I         .00           .00           .00
WFNNB                     UNSECURED       NOT FILED           .00           .00
FIA CARD SERVICES         UNSECURED         2761.13           .00           .00
CAPITAL ONE               UNSECURED         3097.01           .00           .00
CHASE BANK USA NA         UNSECURED         7570.60           .00           .00
THE HOME DEPOT            UNSECURED       NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED          351.59           .00           .00
TARGET NATIONAL BANK      UNSECURED         7384.82           .00           .00
GREG JOLLEY               NOTICE ONLY    NOT FILED            .00           .00
GREG JOLLEY               NOTICE ONLY    NOT FILED            .00           .00
BANK OF AMERICA MORTGAGE  SECURED NOT I         .00           .00           .00
CAPITAL ONE               UNSECURED          563.30           .00           .00
CAPITAL ONE               UNSECURED          425.14           .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          250.10           .00           .00
ECAST SETTLEMENT CORP     UNSECURED          138.33           .00           .00
ALONZO H ZAHOUR           DEBTOR ATTY          .00                          .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                         232.00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  232.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                  232.00
                       ---------------    ---------------
TOTALS                   232.00                232.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16163 GINA L JOLLEY
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE